AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

_____ District of __NEVADA__

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:15-mj-00845-VCF |
| | ) | |
| ADOLFO LARIOS GARCIA | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 11/03/2015 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  Nov 2, 2015

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*



```
_____ FILED           _____ RECEIVED
_____ ENTERED         _____ SERVED ON
           COUNSEL/PARTIES OF RECORD

           NOV - 2 2015

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```